# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE L. GARCIA CRUZ, et al | * |
| Plaintiffs | * |
| vs. | * Civil 98-1132 (PG) |
| ERSPLAS, INC. | * |
| Defendant | * |



## ORDER

Since the defendant answered the complaint on May 6, 1998, the following motions have been filed:

1) The defendant's opposition to the motion for entry of default (docket #6), filed on May 15, 1998.

2) The defendant's motion accompanying second original of opposition to the motion for entry of default (docket #7), filed on May 18, 1998.

3) The defendant's informative motion of May 19, 1998 (docket #8).

4) The defendant's motion for extension of time (docket #9), filed on September 16, 1998.

5) The plaintiffs' informative motion of November 30, 1998 (docket #10).

6) The plaintiffs' motion in compliance with Court's order (docket #12), filed on April 8, 1999.



AO 72A
(Rev. 8/82)

Cv 98-1132 (PG)                                                                                          Page 2
September 28, 1999

Sixteen months have elapsed since the defendant answered the complaint and the plaintiffs have not moved their case along.

On March 29, 1999, the Court issued an Order for the plaintiffs to show cause why their case should not be dismissed for lack of prosecution. In answer to the Court's Order to Show Cause the plaintiffs advised the Court on April 8, 1999, that some discovery was being performed by the parties. Plaintiffs then requested the Court not to dismiss their case and to grant the parties an extension of time of thirty days to inform the results of their ongoing settlement negotiations. The thirty days were up on May 9, 1999. Nothing else has been heard from the plaintiffs as of this date.

THEREFORE, the plaintiffs are granted until **October 8, 1999**, to inform the Court the results of the settlement negotiations. If the case is not settled, the parties are granted until **October 29, 1999** to conclude all the discovery. Absolutely no extensions will be granted for further discovery after this date.

**A pretrial conference is set for November 17, 1999, at 8:30 A.M.**

IT IS SO ORDERED.

San Juan, Puerto Rico, this 28th day of September 1999.

                                                JUAN M. PEREZ-GIMENEZ
                                                U. S. District Judge

AO 72A
(Rev. 8/82)