UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE L. GARCIA, ET AL.,

    Plaintiff(s)

v.                                               Civil No. 98-1132 (PG)

ERSPLAS, INC.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #14 - Motion Requesting Voluntary Dismissal | Granted |

Date: October 21, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

