ENTERED ON DOCKET
10/25/99 PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

```
JOSE L. GARCIA, ET AL.,          *
                                 *
        Plaintiff                *
                                 *
             v.                  *    Civ. No. 98-1132 (PG)
                                 *
ERSPLAS, INC.,                   *
                                 *
        Defendant                *
                                 *
---------------------------------*
```

### JUDGMENT

The Court having granted plaintiff's motion requesting voluntary dismissal with prejudice, it is hereby

**ORDERED and ADJUDGED** that the instant action is **DISMISSED with prejudice.**

San Juan, Puerto Rico, October _21_, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge



AO 72A
(Rev.8/82)